Andrew D. Wright, #8857
Andrew B. McDaniel, #11070
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:   (801) 323-2037
awright@strongandhanni.com
amcdaniel@strongandhanni.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PRIME INSURANCE COMPANY<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>JUUL LABS, INC.<br><br>    Defendant and Counterclaimant. | **NOTICE OF SETTLEMENT**<br><br>Case No: 2:19-CV-00925-HCN<br><br>Judge:  Howard C. Nielson, Jr.<br><br>Magistrate Judge:  Jared C. Bennett |

The above-referenced parties hereby notify the Court that they have reached a settlement agreement and are in the process of documenting the same.  The parties anticipate submitting dismissal pleadings to the Court in the near future.  For this reason, the parties do not anticipate that the October 19, 2020 hearing will be necessary.

2

DATED this 8th day of October, 2020.

        STRONG & HANNI

By   */s/ Andrew D. Wright*
    Andrew D. Wright
    Andrew B. McDaniel
    *Attorneys for Plaintiff*

DATED this 8th day of October, 2020.

        FABIAN VANCOTT

By   */s/ Colin T. Kemp (/w written approval)*
    Jason W. Hardin
    Sarah C. Vaughn

    Colin T. Kemp (*pro hac vice*)
    Alexander D. Hardiman (*pro hac vice*)
    Joseph D. Jean (*pro hac vice*)
    PILLSBURY WINTHROP SHAW PITTMAN
    *Attorneys for Defendant Juul Labs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2020, a true and correct copy of the Notice of Settlement was served by the method indicated below, to the following:

| | |
|---|---|
| Jason W. Hardin<br>Sarah C. Vaughn<br>Fabian Vancott<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111<br>jhardin@fabianvancott.com<br>svaughn@fabianvancott.com | ( )   U.S. Mail, Postage Prepaid<br>( )   Hand Delivered<br>( )   Facsimile<br>( )   Email<br>(x)    ECF |
| Colin T. Kemp<br>Joseph D. Jean<br>Alexander D. Hardiman<br>Pillsbury Winthrop Shaw Pittman<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111 | ( )   U.S. Mail, Postage Prepaid<br>( )   Hand Delivered<br>( )   Facsimile<br>( )   Email<br>(x)    ECF |

Colin.kemp@pillsburylaw.com
Joseph.jean@pillsburylaw.com
Alexander.hardiman@pillsburylaw.com

　　　　　　　　　　　　　　　　　　　　　　/s/ Sarah Wheelwright

3